# Exhibit A

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

__Northern__ District of: __Illinois__
(State)

Case number (if known) _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport)<br><br>Bring your picture identification to your meeting with the trustee. | **Tierra**<br>First name<br><br>Middle name<br><br>**Seay**<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – __9951__<br>OR<br>9 xx – xx – _____ | XXX – XX – _____<br>OR<br>9 xx – xx – _____ |

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
| --- | --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

Business name

Business name

EIN

EIN

☐ I have not used any business names or EINs.

Business name

Business name

EIN

EIN

**5. Where you live**

| 14236 S. Stewart Ave. | |
| --- | --- |
| Number | Street |

| Riverdale | Illinois | 60827 |
| --- | --- | --- |
| City | State | Zip Code |

| Cook | |
| --- | --- |
| County | |

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

| Number | Street |
| --- | --- |

P.O. Box

| City | State | Zip Code |
| --- | --- | --- |

**If Debtor 2 lives at a different address:**

| Number | Street |
| --- | --- |

| City | State | Zip Code |
| --- | --- | --- |

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

| Number | Street |
| --- | --- |

P.O. Box

| City | State | Zip Code |
| --- | --- | --- |

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. §§ 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. §§ 1408.)

| Debtor 1 | Tierra | | Seay | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black">

**Part 2:** **Tell the Court About Your Bankruptcy Case**

</div>

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form B2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | | When | | Case number | |
| | | | MM / DD / YYYY | | |
| District | | When | | Case number | |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

| Debtor | | | | Relationship to you | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |
| | | | MM / DD / YYYY | | |
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |
| | | | MM / DD / YYYY | | |

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | Tierra | | Seay | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ **No.** Go to Part 4.

☐ **Yes.** Name and location of business

_____
Name of business, if any

_____
Number                    Street

_____

_____
City                    State                    Zip Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ **No.** I am not filing under Chapter 11.

☐ **No.** I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.** I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.** I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**

☐ **Yes.** What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number                    Street

_____

_____
City                    State                    Zip Code

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

<table>
<tr><td colspan="3"><b>Part 5:</b>    <b>Explain Your Efforts to Receive a Briefing About Credit Counseling</b></td></tr>
</table>

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Tierra | | Seay | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No.
☐ Yes.

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗  /s/ Tierra Seay
Signature of Debtor 1

✗  _____
Signature of Debtor 2

Executed on  6/3/2022
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _/s/ Mitchell Shanks_   Date   6/3/2022
Signature of Attorney for Debtor                    MM / DD / YYYY

Mitchell Shanks
Printed name

Semrad Law Firm
Firm name

11101 S. Western Avenue
Number      Street

| Chicago | Illinois | 60643 |
|---|---|---|
| City | State | Zip Code |

Contact phone   **3122568739**   Email address   **mshanks@semradlaw.com**

_____   Illinois
Bar number                    State

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Tierra | | Seay |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Illinois | |
| | | (State) | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B* ...................................................  $0.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ...........................................  $1,830.00

   1c. Copy line 63, Total of all property on *Schedule A/B*....................................................  $1,830.00

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of *Schedule D*  $16,925.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ...........................  $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ......................  $25,192.00

   **Your total liabilities**  $42,117.00

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I*...........................................................  $2,858.64

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22, Column A, of *Schedule J*....................................................  $2,849.30

| Debtor 1 | Tierra | | Seay | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes.

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** Consumer debts are those incurred by an individual primarily for a personal, family, or household purpose. 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   | $4,244.55

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $6,156.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $6,156.00 |

Fill in this information to identify your case:

| Debtor 1 | Tierra | | Seay | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Northern | | District of | Illinois |
| | | | | (State) |
| Case number | | | | |
| (If known) | | | | |

## Official Form 106A/B

☐ Check if this is an amended filing

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2
☐ Yes. Where is the property?

---

**1.1**

_____
Street address, if available, or other description

_____

_____

_____
Number       Street

_____
City       State       Zip Code

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
_____        _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:_____

---

If you own or have more than one, list here:

**1.2**

_____
Street address, if available, or other description

_____

_____

_____
Number       Street

_____
City       State       Zip Code

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
_____        _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    Tierra      Seay      Case number *(if known)*
     First Name      Middle Name      Last Name

| 1.3 | | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|

Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Number    Street

City    State    Zip Code

**Current value of the entire property?**    **Current value of the portion you own?**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ▶

---

| Part 2: | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| 3.1 | Make | Nissan | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Model: Rogue
Year: 2019
Approximate mileage: 20000

Other information:

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?** $0.00    **Current value of the portion you own?** $0.00

| 3.2 | Make | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Model: _____
Year: _____
Approximate mileage: _____

Other information:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?**    **Current value of the portion you own?**

---

Debtor 1    Tierra _____ Seay _____    Case number *(if known)* _____
First Name    Middle Name    Last Name

| 3.3 | Make _____<br>Model: _____<br>Year: _____<br>Approximate mileage: _____<br><br>Other information:<br><br>[                    ] | **Who has an interest in the property?** Check one.<br><br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?** _____    **Current value of the portion you own?** _____ |
| 3.4 | Make _____<br>Model: _____<br>Year: _____<br>Approximate mileage: _____<br><br>Other information:<br><br>[                    ] | **Who has an interest in the property?** Check one.<br><br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?** _____    **Current value of the portion you own?** _____ |

**4**    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

| 4.1 | Make _____<br>Model: _____<br>Year: _____<br>Approximate mileage: _____<br><br>Other information:<br><br>[                    ] | **Who has an interest in the property?** Check one.<br><br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?** _____    **Current value of the portion you own?** _____ |
| 4.2 | Make _____<br>Model: _____<br>Year: _____<br>Approximate mileage: _____<br><br>Other information:<br><br>[                    ] | **Who has an interest in the property?** Check one.<br><br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?** _____    **Current value of the portion you own?** _____ |

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................................    [_____]
▶

Debtor 1  Tierra                              Seay                    Case number *(if known)*
First Name    Middle Name        Last Name

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware

☑ No
☐ Yes. Describe... _____

**7. Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music

☐ No
☑ Yes. Describe...  Used Electronics-1 Cell Phone                    $200.00

**8. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe... _____

**9. Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe... _____

**10. Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe... _____

**11. Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...  Used Clothing                                      $400.00

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe...  Used Costume Jewelry                               $30.00

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses

☑ No
☐ Yes. Describe... _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe... _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................... ▶   $630.00

| Debtor 1 | Tierra | | Seay | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ..................................................................................................

Cash: .................................. _____

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes

Institution name:

| 17.1. Checking account: | Bank of America | $200.00 |
|---|---|---|
| 17.2. Checking account: | _____ | _____ |
| 17.3. Savings account: | _____ | _____ |
| 17.4. Savings account: | _____ | _____ |
| 17.5. Certificates of deposit: | _____ | _____ |
| 17.6. Other financial account: | _____ | _____ |
| 17.7. Other financial account: | _____ | _____ |
| 17.8. Other financial account: | _____ | _____ |
| 17.9. Other financial account: | _____ | _____ |

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes

Institution or issuer name:

_____ _____

_____ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them

Name of entity: % of ownership:

_____ _____ _____

_____ _____ _____

_____ _____ _____

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them.....

Issuer name:

_____

_____

_____

**21. Retirement or pension accounts**

Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | _____ |
| Pension plan: | _____ | _____ |
| IRA: | _____ | _____ |
| Retirement account: | _____ | _____ |
| Keogh: | _____ | _____ |
| Additional account: | _____ | _____ |
| Additional account: | _____ | _____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes....

| | Institution name: | |
|---|---|---|
| Electric: | _____ | _____ |
| Gas: | _____ | _____ |
| Heating oil: | _____ | _____ |
| Security deposit on rental unit: | _____ | _____ |
| Prepaid rent: | _____ | _____ |
| Telephone: | _____ | _____ |
| Water: | _____ | _____ |
| Rented furniture: | _____ | _____ |
| Other: | _____ | _____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes....

Issuer name and description:

_____

_____

_____

---

Debtor 1 Tierra _____ Seay _____ Case number *(if known)* _____

First Name    Middle Name    Last Name

---

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    _____
_____    _____
_____    _____

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Describe... _____

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Describe... _____

**27.** **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Describe... _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years..............

Federal:  $0.00
State:    $0.00
Local:    $0.00

**29.** **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information......

Alimony:              $0.00
Maintenance:          $0.00
Support:              $0.00
Divorce settlement:   $0.00
Property settlement:  $0.00

**30.** **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Describe... _____

---

Debtor 1 ___Tierra_____ ___Seay_____ Case number *(if known)*_____
First Name        Middle Name        Last Name

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value.....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Employer Term Life Insurance | Family | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Describe...

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe...

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe...

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Describe...

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................►

    | $200.00 |
    |---|

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    > **Current value of the portion you own?**
    > Do not deduct secured claims or exemptions

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**
    Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe...

Debtor 1    Tierra             Seay          Case number *(if known)* _____

First Name       Middle Name       Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe...

41. **Inventory**

☑ No

☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Give specific information about them

Name of entity:             % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

      ☐ No

      ☐ Yes. Describe........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .......

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ...................................................................................................... ▶

▶ **Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes. Describe...

Debtor 1    Tierra               Seay          Case number *(if known)* _____

First Name       Middle Name       Last Name

---

48. **Crops-either growing or harvested**

   ☑ No
   ☐ Yes. Describe...

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No
   ☐ Yes. Describe...

50. **Farm and fishing supplies, chemicals, and feed**

   ☑ No
   ☐ Yes. Describe...

51. **Any farm- and commercial fishing-related property you did not already list**

   ☑ No
   ☐ Yes. Describe...

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ........................................................................................**

▶    _____

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ☐ No
   ☑ Yes. Give specific information    Storage unit-Furniture and personal Items    $1000.00

**54. Add the dollar value of all of your entries from Part 7. Write that number here ........................................** ▶

   $1000.00

---

**Part 8:**   **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ..................................................................... ▶    _____

56. **part 2 total vehicles, line 5**    _____

57. **Part 3: Total personal and household items, line 15**    $630.00

58. **Part 4: Total financial assets, line 36**    $200.00

59. **Part 5: Total business-related property, line 45**    _____

60. **Part 6: Total farm- and fishing-related property, line 52**    _____

61. **Part 7: Total other property not listed, line 54**    $1000.00

62. **Total personal property.** Add lines 56 through 61. ....................    $1830.00    Copy personal property total ▶    + $1830.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62...........................................................    $1830.00

---

Fill in this information to identify your case:

| Debtor 1 | Tierra | | Seay |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Illinois | |
| | | (State) | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Storage unit-Furniture and personal Items**<br>Line from *Schedule A/B:* 53 | $1,000.00 | ☑ _____ $1,000.00 _____<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description:<br>**Used Clothing**<br>Line from *Schedule A/B:* 11 | $400.00 | ☑ _____ $400.00 _____<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   *(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)*

    ☑ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | Tierra | | Seay | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Used Electronics-1 Cell Phone**<br>Line from *Schedule A/B:* 07 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description:<br>**Checking account, Bank of America**<br>Line from *Schedule A/B:* 17 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description:<br>**Used Costume Jewelry**<br>Line from *Schedule A/B:* 12 | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description:<br>**Employer Term Life Insurance**<br>Line from *Schedule A/B:* 31 | $0.00 | ☑ $0<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |
| Brief description:<br>**Nissan Rogue, 2019**<br>Line from *Schedule A/B:* 03 | $0.00 | ☑ $0<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c); 735 ILCS 5/12-1001(b) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Tierra | | Seay |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Illinois | |
| | | (State) | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** Nissan Motor Acceptanc | $16,925.00 | $0.00 | $16,925.00 |

| **2.1** | |
|---|---|
| Creditor's Name | |
| P.O. Box 660360 | **Describe the property that secures the claim:** |
| Number          Street | 072 Automobile |
| | **As of the date you file, the claim is:** Check all that apply. |
| Dallas          TX   75266 | ☐ Contingent |
| City          State  ZIP Code | ☐ Unliquidated |
| **Who owes the debt?** Check one. | ☐ Disputed |
| ☑ Debtor 1 only | **Nature of lien.** Check all that apply. |
| ☐ Debtor 2 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ **Check if this claim relates to a community debt** | ☐ Other (including a right to offset) |
| Date debt was incurred    11/2018 | Last 4 digits of account number _____ 0001 |

| | | |
|---|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $16,925.00 | |

Official Form 106D                Schedule D: Creditors Who Have Claims Secured by Property                page 1

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Tierra | | Seay |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | | District of Illinois |
| | | | (State) |
| Case number | | | |
| (If known) | | | |

Official Form 106E/F

☐ Check if this is an amended filing

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1** Affirm Inc
Nonpriority Creditor's Name
2828 N Clark St # 426
Number     Street

Chicago          Illinois          60657
City              State            Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     O88O

**When was the debt incurred?**     7/2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     003 InstallmentLoan

$0.00

---

**4.2** Avant
Nonpriority Creditor's Name
222 N. LASALLE ST SUITE 1600
Number     Street

CHICAGO          Illinois          60601
City              State            Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     5252

**When was the debt incurred?**     8/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     036 InstallmentLoan

$0.00

---

**4.3** Bank Of America
Nonpriority Creditor's Name
PO Box 982284
Number     Street

El Paso          Texas          79998
City              State            Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     3437

**When was the debt incurred?**     6/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     CreditCard

$6,847.00

---

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

| | After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | | Total claim |
|---|---|---|---|

---

**4.4**

Capital One
Nonpriority Creditor's Name
C/O Blitt And Gaines Pc, 661 Glenn Ave
Number        Street

Wheeling            Illinois            60090
City                State            Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**        1819
**When was the debt incurred?**        8/2013

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify        CreditCard

$3,499.00

---

**4.5**

Capital One
Nonpriority Creditor's Name
C/O Blitt And Gaines Pc, 661 Glenn Ave
Number        Street

Wheeling            Illinois            60090
City                State            Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**        5318
**When was the debt incurred?**        3/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify        CreditCard

$1,039.00

---

**4.6**

Comcast Cable C/O Xfinity
Nonpriority Creditor's Name
PO Box 1931
Number        Street

Burlingame            California            94011
City                State            Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**        n/a

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify        Other

$100.00

---

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.7**

Dept Of Education/Neln
Nonpriority Creditor's Name
121 S 13th St
Number        Street

Lincoln          Nebraska          68508
City             State             Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**     6854
**When was the debt incurred?**          9/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

$3,413.00

---

**4.8**

Dept Of Education/Neln
Nonpriority Creditor's Name
121 S 13th St
Number        Street

Lincoln          Nebraska          68508
City             State             Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**     1152
**When was the debt incurred?**          9/2013

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

$2,743.00

---

**4.9**

IL Tollway
Nonpriority Creditor's Name
PO Box 5544
Number        Street

Chicago          Illinois          60608
City             State             Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?**          n/a

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify          Notice Only

$0.00

---

| Debtor 1 | Tierra | | Seay | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.10** | Nissan Motor
Nonpriority Creditor's Name
Pob 660366
Number        Street

Dallas                    Texas                    75266
City                        State                    Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0001
**When was the debt incurred?**    1/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify        72 Automobile

**Total claim**    $0.00

---

**4.11** | Portfolio Recov Assoc
Nonpriority Creditor's Name
120 Corporate Blvd Ste 1
Number        Street

Norfolk                    Virginia                    23502
City                        State                    Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    8170
**When was the debt incurred?**    6/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify        001 UnknownLoanType

**Total claim**    $3,868.00

---

**4.12** | Prosper Marketplace In
Nonpriority Creditor's Name
111 Sutter St Fl 22
Number        Street

San Francisco            California                94104
City                        State                    Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0901
**When was the debt incurred?**    4/2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify        036 InstallmentLoan

**Total claim**    $1,508.00

---

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.13**

Santander Consumer Usa
Nonpriority Creditor's Name
P.O. Box 961245
Number      Street

Fort Worth          Texas          76161
City               State          Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    1000
**When was the debt incurred?**    4/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____073 Automobile_____

$0.00

**4.14**

Syncb/Ashley Homestore
Nonpriority Creditor's Name
950 Forrer Blvd
Number      Street

Kettering          Ohio          45420
City               State          Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    3141
**When was the debt incurred?**    6/2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____CreditCard_____

$2,175.00

| Debtor 1 | Tierra | | Seay | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  | Total claims |
|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations. | 6a. $0.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. $0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. $0.00 |
| | 6e. Total. Add lines 6a through 6d. | 6e. $0.00 |

|  |  | Total claims |
|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. $6,156.00 |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $19,036.00 |
| | 6j. Total. Add lines 6f through 6i. | 6j. $25,192.00 |

Fill in this information to identify your case:

| Debtor 1 | Tierra | | Seay |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

(State)

Case number
(If known)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Extra Space Storage<br>Name<br><br>1170 N Skokie Hwy<br>Number        Street<br>Gurnee        Illinois        60031<br>City        State        Zip Code | Storage Lease,<br>Debtor is Lessee,<br>Storage Lease |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Tierra | | Seay |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Illinois | |
| | | | (State) |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

## Official Form 106H

### Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☑ No
   ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number    Street

   _____
   City                          State                   Zip Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Tierra | Seay |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Illinois |
| | | (State) |
| Case number | | |
| (If known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 |
|---|---|---|---|
| 1. **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | Employment status | ☑ Employed ☐ Not Employed | ☐ Employed ☐ Not Employed |
| | Occupation | Worker | |
| | Employer's name | University Of Chicago Hospitals | |
| | Employer's address | 5841 S. Maryland Ave | |
| | | Number Street | Number Street |
| | | | |
| | | Chicago Illinois 60637 | |
| | | City State Zip Code | City State Zip Code |
| | How long employed there? | 6 months | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. $3,682.47 | |
| 3. **Estimate and list monthly overtime pay.** | 3. + $0.00 | |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $3,682.47 | |

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| **Copy line 4 here** ➡ | | | 4. | $3,682.47 | |
| **5. List all payroll deductions:** | | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | | | 5a. | $795.41 | |
| 5b. **Mandatory contributions for retirement plans** | | | 5b. | $0.00 | |
| 5c. **Voluntary contributions for retirement plans** | | | 5c. | $0.00 | |
| 5d. **Required repayments of retirement fund loans** | | | 5d. | $0.00 | |
| 5e. **Insurance** | | | 5e. | $28.43 | |
| 5f. **Domestic support obligations** | | | 5f. | $0.00 | |
| 5g. **Union dues** | | | 5g. | $0.00 | |
| 5h. **Other deductions.** Specify: _____ | | | 5h. + | $0.00 + | |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | | | 6. | $823.83 | |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | | 7. | $2,858.64 | |
| **8. List all other income regularly received:** | | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | 8a. | $0.00 | |
| 8b. **Interest and dividends** | | | 8b. | $0.00 | |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | 8c. | $0.00 | |
| 8d. **Unemployment compensation** | | | 8d. | $0.00 | |
| 8e. **Social Security** | | | 8e. | $0.00 | |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies Specify: | | | 8f. | $0.00 | |
| 8g. **Pension or retirement income** | | | 8g. | $0.00 | |
| 8h. **Other monthly income.** Specify: _____ | | | 8h. + | $0.00 + | |
| **9. Add all other income** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | | | 9. | $0.00 | |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | | | 10. | $2,858.64 + | = $2,858.64 |

**11. State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.    12. $2,858.64

Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data*, if it applies

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tierra | | Seay |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Illinois | |
| | | (State) | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?** ☑ No

Do not list Debtor 1 and Debtor 2.

☐ Yes. Fill out this information for each dependent ..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. 4. | 4. | | $300.00 |
| **If not included in line 4:** | | | |
| 4a. Real estate taxes | 4a | | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | | $0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | | $0.00 |

| | First Name | Middle Name | Last Name | Case number *(if known)* | |
|---|---|---|---|---|---|

Debtor 1    Tierra                                    Seay

| | | | Your expenses |
|---|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | | $0.00 |
| 6. **Utilities:** | | | |
| 6a. Electricity, heat, natural gas | 6a. | | $200.00 |
| 6b. Water, sewer, garbage collection | 6b. | | $0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | | $235.00 |
| 6d. Other. Specify: | 6d | | $0.00 |
| 7. **Food and housekeeping supplies** | 7. | | $410.00 |
| 8. **Childcare and children's education costs** | 8. | | $0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | | $150.00 |
| 10. **Personal care products and services** | 10. | | $100.00 |
| 11. **Medical and dental expenses** | 11. | | $100.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments | 12. | | $350.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | | $0.00 |
| 14. **Charitable contributions and religious donations** | 14. | | $60.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a. Life insurance | 15a | | $0.00 |
| 15b. Health insurance | 15b | | $0.00 |
| 15c. Vehicle insurance | 15c | | $209.00 |
| 15d. Other insurance. Specify: | 15d | | $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16 | | $0.00 |
| 17. **Installment or lease payments:** | | | |
| 17a. Car payments for Vehicle 1 | 17a | | $569.30 |
| 17b. Car payments for Vehicle 2 | 17b | | $0.00 |
| 17c. Other. Specify:  Storage Unit | 17c | | $166.00 |
| 17d. Other. Specify: | 17d | | $0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | | $0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. | | $0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| 20a. Mortgages on other property | 20a | | $0.00 |
| 20b. Real estate taxes. | 20b | | $0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c | | $0.00 |
| 20d. Maintenance, repair, and upkeep expenses. | 20d | | $0.00 |
| 20e. Homeowner's association or condominium dues | 20e | | $0.00 |

Debtor 1 ___Tierra_____ ___Seay_____ Case number *(if known)* _____
       First Name        Middle Name        Last Name

| | | |
|---|---|---|
| 21. **Other.** Specify: _____ | 21 | $0.00 |

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                         $2,849.30

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.     **22.**     $2,849.30

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from Schedule I.     **23a**     $2,858.64

    23b. Copy your monthly expenses from line 22 above.     **23b**     $2,849.30

    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.     **23c**     $9.34

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No

    ☐ Yes

    Explain here:

Fill in this information to identify your case:

| Debtor 1 | Tierra | | Seay | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Northern | | District of Illinois | |
| | | | (State) | |
| Case number | | | | |
| (If known) | | | | |

☐ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **Part 1:** | **Sign Below** |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____   *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ /s/ Tierra Seay _____        ✘ _____
Signature of Debtor 1                                              Signature of Debtor 2

Date **6/3/2022** _____                Date _____
MM/DD/YYYY                                MM/DD/YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Tierra | | Seay |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Illinois | |
| | | (State) | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☐ Married
    ☑ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number Street | From _____ <br> To _____ | Number Street | From _____ <br> To _____ |
| City    State    Zip Code | | City    State    Zip Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number Street | From _____ <br> To _____ | Number Street | From _____ <br> To _____ |
| City    State    Zip Code | | City    State    Zip Code | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☑ No
    ☐ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | | |

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $17000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | _____ |
| **For last calendar year:** (January 1 to December 31, _2021_) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $40000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | _____ |
| **For the calendar year before that:** (January 1 to December 31, _2020_) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $35000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | _____ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received jointly, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ _____ | $0.00 | _____ _____ | _____ _____ |
| **For last calendar year:** (January 1 to December 31, _2021_) YYYY | Est. 2021 Linkl _____ | $112.00 | _____ _____ | _____ _____ |
| **For the calendar year before that:** (January 1 to December 31, _2020_) YYYY | Est. 2020 Link _____ | $112.00 | _____ _____ | _____ _____ |

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.** Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

    ☐ No. Go to line 7.

    ☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☒ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☒ No. Go to line 7.

    ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | | | | ☐ Mortgage |
| | | | | ☐ Car |
| Number Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| City State Zip Code | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |
| Creditor's Name | | | | ☐ Mortgage |
| | | | | ☐ Car |
| Number Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| City State Zip Code | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |
| Creditor's Name | | | | ☐ Mortgage |
| | | | | ☐ Car |
| Number Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| City State Zip Code | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | | |

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number Street | | | | |
| City State Zip Code | | | | |
| Insider's Name | | | | |
| Number Street | | | | |
| City State Zip Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment *Include creditor's name* |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number Street | | | | |
| City State Zip Code | | | | |
| Insider's Name | | | | |
| Number Street | | | | |
| City State Zip Code | | | | |

---

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ <br><br> Case number _____ | | Court Name _____ <br><br> NumberStreet _____ <br> City    State    Zip Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title _____ <br><br> Case number _____ | | Court Name _____ <br><br> NumberStreet _____ <br> City    State    Zip Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name _____ <br><br> Number   Street _____ <br><br> _____ <br> City    State    Zip Code | _____ <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | _____ |
| Creditor's Name _____ <br><br> Number   Street _____ <br><br> _____ <br> City    State    Zip Code | _____ <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | _____ |

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number  Street | | | |
| _____ | Last 4 digits of account number: XXXX-____ | | |
| _____<br>City        State        Zip Code | | | |

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | | |
| _____<br>Number  Street | | | |
| _____<br>City        State        Zip Code | | | |
| Person's relationship to you<br>_____ | | | |
| _____<br>Person to Whom You Gave the Gift | | | |
| _____<br>Number  Street | | | |
| _____<br>City        State        Zip Code | | | |
| Person's relationship to you<br>_____ | | | |

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

- [x] No
- [ ] Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Number   Street | | | |
| City        State        Zip Code | | | |

## Part 6:  List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- [x] No
- [ ] Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7:  List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- [ ] No
- [x] Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Semrad Law Firm<br>Person Who Was Paid<br>11101 S. Western Avenue<br>Number   Street | Attorney's Fee - 0.00 | 5/31/2022 | $0.00 |
| Chicago        Illinois        60643<br>City        State        Zip Code | | | |
| Email or website address<br>None<br>Person Who Made the Payment, if Not You | | | |
| Person Who Was Paid | | | |
| Number   Street | | | |
| City        State        Zip Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| Debtor 1 | Tierra | | Seay | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number  Street | | | |
| | | | |
| City          State          Zip Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number  Street | | | |
| City          State          Zip Code | | | |
| Person's relationship to you | | | |
| Person Who Received Transfer | | | |
| Number  Street | | | |
| City          State          Zip Code | | | |
| Person's relationship to you | | | |

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?
(These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Person Who Was Paid<br>_____<br>Number  Street<br>_____<br>_____<br>City        State      Zip Code | XXXX- ____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | _____ |
| _____<br>Person Who Was Paid<br>_____<br>Number  Street<br>_____<br>_____<br>City        State      Zip Code | XXXX- ____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | _____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br>_____<br>Number Street<br>_____<br>_____<br>City        State      Zip Code | _____<br>Name<br>_____<br>Number    Street<br>_____<br>City        State      Zip Code | | ☐ No<br>☐ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Extra Space Storage<br>Name of Storage Facility<br>8337 Tara Blvd<br>Number Street<br>_____<br>Atlanta    Georgia    30326<br>City        State      Zip Code | _____<br>Name<br>_____<br>Number    Street<br>_____<br>City        State      Zip Code | Furniture and personal Items | ☐ No<br>☑ Yes |

| Debtor 1 | Tierra | | Seay | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<hr>

**Part 9:** **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes. Fill in the details.

| | Where is the property? | Describe the contents | Value |
|---|---|---|---|
| Owner's Name | | | |
| | Number Street | | |
| Number Street | | | |
| | City    State    Zip Code | | |
| City    State    Zip Code | | | |

<hr>

**Part 10:** **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | | | |
| | Governmental unit | | |
| Number Street | | | |
| | Number Street | | |
| | City    State    Zip Code | | |
| City    State    Zip Code | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | | | |
| | Governmental unit | | |
| Number Street | | | |
| | Number Street | | |
| | City    State    Zip Code | | |
| City    State    Zip Code | | | |

| Debtor 1 | Tierra | | Seay | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ☐ Pending |
| | Court Name _____ | | ☐ On appeal |
| Case number _____ | Number Street _____ | | ☐ Concluded |
| | City      State      Zip Code | | |

---

**Part 11: Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name _____ | | EIN: |
| Number   Street _____ | | **Dates business existed** |
| City      State      Zip Code | Name of accountant or bookkeeper | From _____ To _____ |

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name _____ | | EIN: |
| Number   Street _____ | | **Dates business existed** |
| City      State      Zip Code | Name of accountant or bookkeeper | From _____ To _____ |

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name _____ | | EIN: |
| Number   Street _____ | | **Dates business existed** |
| City      State      Zip Code | Name of accountant or bookkeeper | From _____ To _____ |

| Debtor 1 | Tierra | | Seay | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | _____ |
| Name | MM/DD/YYYY |
| _____ | |
| Number    Street | |
| _____ | |
| City          State          Zip Code | |

---

**Part 12:** **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗  /s/ Tierra Seay                           ✗  _____
Signature of Debtor 1                        Signature of Debtor 2

Date  6/3/2022                               Date

**Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____         Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Tierra | | Seay |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern | District of Illinois | |
| | | (State) | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Nissan Motor Acceptanc<br>Description of property securing debt: 072 Automobile | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No.<br>☑ Yes. |
| Creditor's name:<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No.<br>☐ Yes. |
| Creditor's name:<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No.<br>☐ Yes. |
| Creditor's name:<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No.<br>☐ Yes. |

| Debtor | Tierra | | Seay | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| 1 | First Name | Middle Name | Last Name | | | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Extra Space Storage | ☐ No ☑ Yes |
| Description of leased property: Storage Lease | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No ☐ Yes |
| Description of leased property: | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Tierra Seay                    ✖
Signature of Debtor 1                Signature of Debtor 2

Date **6/3/2022**                    Date _____
     MM/DD/YYYY                           MM/DD/YYYY

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re **Tierra Seay**
Debtor

Case No. _____

(If known)

Chapter **Chapter 7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the abovenamed debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................. **$1,762.00**

Prior to the filing of this statement I have received ...................................... **$0.00**

Balance Due ..................................................................................................... **$1,762.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of the compensation paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| 6/3/2022 | /s/ Mitchell Shanks |
|----------|---------------------|
| Date | Signature of Attorney |
| | Semrad Law Firm |
| | Name of law firm |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,**
  and

- **Your debts are primarily consumer debts.**
  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7       — Liquidation
- Chapter 11     — Reorganization
- Chapter 12     — Voluntary repayment plan for family farmers or fishermen
- Chapter 13     — Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

|   | $245 | filing fee |
|---|---|---|
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form - the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form - sometimes called the *Means Test* - deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | | |
|---|------|----------------|
|   | $200 | filing fee |
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | | |
|---|------|----------------|
|   | $235 | filing fee |
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

> **Warning: File Your Forms on Time**
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court
>
> For more information about the documents and their deadlines, go to:
> http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury - either orally or in writing - in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together - called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# THE SEMRAD LAW FIRM

Attorneys & Counselors at Law
20 S. Clark, 28th Floor
Chicago, IL 60603
(312) 913-0625

Thank you for selecting The Semrad Law Firm LLC (the "Firm") as legal counsel. It is our policy to confirm in writing the terms of our engagement, including the scope of our representation and how we will charge for our legal services. Those terms are set forth below.

1. Scope of Representation. The Firm will be representing you in all aspects of your Bankruptcy case filed under Chapter 7 of the United Stated Bankruptcy Code except for any adversary proceedings that may be filed against you. The scope of this representation does not include any other civil or criminal proceedings.

2. Conditional Representation. The Firm has agreed to represent you on the condition that you will enter into and sign an agreement after the filing of your bankruptcy case to pay the Firm for services rendered after the filing of your case. If you refuse to enter into and sign the agreement within ten (10) days after the filing of your case, the Firm will file a motion to withdraw from representing you.

3. Prepetition Fees.

   a. **Before** the case is filed, the Firm agrees to:
      i. Personally counsel you regarding the advisability of filing either a Chapter 13 or a Chapter 7 case, discuss both procedures as well as non-bankruptcy options, and answer your questions;
      ii. Personally explain to you that the Firm is being engaged to represent you on all matters arising in the case, as required by Local Bankruptcy Rule, and explain how and when the attorney's fees are determined and paid;
      iii. Personally review with you and sign the completed petition, statements, and schedules;
      iv. Timely prepare and file your petition, statements, and schedules,
      v. Advise you on which creditors you will need to continue to pay, such as housing or vehicle payments that you intend to retain.

   b. The fee for services provide before the case is filed is **$0.00**.

   c. The Firm may also incur costs for such items as credit reports and tax transcripts for which it will <u>not</u> seek reimbursement.

4. Post-Petition Fees.

   a. **After** the case is filed, the Firm agrees to:
      i. Advise you of the requirement to attend the meeting of creditors and notify you of the date, time, and place of the meeting;

    ii. Advise you of the requirement to attend a debtor education course and provide a certificate of completion to the Firm;

    iii. Send notice of your case filing to creditors;

    iv. Correspond with creditors regarding any matters necessary for the administration of your case, including to cease payroll garnishments, unfreeze bank accounts, or recover property that was improperly seized by a creditor;

    v. Timely submit to the Chapter 7 trustee properly documented proof of income, tax records as well as any other necessary documentation;

    vi. Provide you with knowledgeable legal representation at the meeting of creditors as well as any continued or rescheduled meetings in time for check-in and examination;

    vii. Timely prepare and file the notice of completion of the debtor education course;

    viii. If the Firm will be employing another attorney to attend the meeting of creditors, personally explain to you, in advance, the role and identity of the other attorneys and provide that attorney with your file in sufficient time to review it and properly represent you at the meeting;

    ix. Timely negotiate with the Trustee regarding any property or actions that the Trustee may pursue that could be adverse to your interests;

    x. Timely prepare, file, and serve any necessary statements, amended statements, amended schedules and any change of address, in accordance with information provided by you;

    xi. Monitor all incoming case information, including but not limited to, Reaffirmation agreements, notice of audits by the US Trustee, correspondence from you or any interested parties;

    xii. Review and negotiate, if necessary, any reaffirmation agreements and personally explain the terms of said agreements to you;

    xiii. Be available to respond to your questions throughout the term of the case;

    xiv. Review and timely respond, if necessary, to Trustee motions to dismiss the case;

    xv. Review and timely respond, if necessary, to motions for relief from stay;

    xvi. Prepare, file, and serve all appropriate motions to avoid liens;

    xvii. Prepare, file, and serve all appropriate motion to redeem;

    xviii. Send *In Re Mendiola* letters to previously undisclosed creditors; and

    xix. Provide any other legal services necessary for the administration of the case.

b. The fee for services provide after the case is filed is **$1762.00.**

c. The firm will have no right to payment of the fee listed in section 4(b) unless you sign an agreement after the filing of your bankruptcy case to pay the Firm for services rendered after the filing of your case.

      d. After the case is filed, the Bankruptcy Court will require payment of filing fees in the amount of $338.00.  In order to pay this, you have two (2) options (please circle one):

            i. Pay the costs directly to the bankruptcy court either all at once, or apply to pay these costs in installments; or

TS

            ii. Request that the Firm pay the costs on your behalf for which it will seek reimbursement from you;

5. Retainers and Payments to the Firm.

      a. The fee being charged to you is a flat fee for services rendered during the Chapter 7 case and will be applied without the need for the Firm to keep detailed time records for the specific services performed.

      b. Any funds paid to the Firm shall immediately become property of the Firm and will be deposited into the operating account of the Firm and will be used for general expenses of the firm.

      c. While it is ordinarily your option to deposit funds with an attorney that shall remain your property as security for future services, the Firm does not represent clients under such a security retainer because bankruptcy cases require many disparate tasks and functions for the attorneys and support staff; some of which require legal expertise while others may only be ministerial in nature.  The benefit to you is the firm's commitment to perform any and all work necessary to represent you in this Chapter 7 bankruptcy.

6. Right to Hire New Counsel. You always have the right at any time to terminate the Firm's representation and hire new counsel.  Should you refuse to sign an agreement after the filing of your bankruptcy case to pay the Firm for services rendered after the filing of your case, and the Firm moves to withdraw from representing you, you are strongly encouraged to hire new counsel.

7. Conflict Waiver.  There is an inherent conflict wherever attorneys represent debtors in bankruptcy for a fee. The Firm is working to alleviate financial issues, while at the same time charging a fee. There have also previously been cases that questioned whether asking you to sign an agreement after the filing of your bankruptcy case to pay the Firm for services rendered after the filing of your case presents a possible additional conflict of interest.  The Firm may only represent you if that representation will not be materially limited by the Firm's own interests. We believe our ability to represent you will not be affected by your ongoing obligation to pay our post-petition fee. By signing this agreement, you are waiving this conflict and are allowing us to represent you. You

do not have to waive this conflict of interest and can instead choose for the Firm not to represent you. You also have the right to consult separate counsel to discuss whether you should waive this conflict.

8. Merger. This agreement constitutes the entire agreement between you and the Firm. Any previous discussions or agreements are not valid or enforceable unless contained in this document.

Very truly Yours,

Attorney, The Semrad Law Firm

CONFIRMED:

_____
Client

_____
Date

_____
Client

_____
Date

Debtor 1 __Tierra_____Seay_____ Case number *(if known)* _____
   First Name            Middle Name          Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☑ No.

    ☐ Yes.

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ ___/s/ Tierra Seay_____    ✗ _____
    Signature of Debtor 1                    Signature of Debtor 2

    Executed on ___5/31/2022____        Executed on _____
             MM / DD / YYYY                     MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Tierra | | Seay |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern     District of Illinois
                                               (State)

Case number
(If known)

☐ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Part 1: Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____     Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Tierra Seay                           ✗ _____
Signature of Debtor 1                                 Signature of Debtor 2

Date 5/31/2022                                    Date _____
      MM/DD/YYYY                                        MM/DD/YYYY

Debtor 1    Tierra                          Seay          Case number *(if known)* _____

         First Name               Middle Name         Last Name

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

     ☑ No

     ☐ Yes. Fill in the details below.

|  | Date issued |
|---|---|
| Name | MM/DD/YYYY |
| Number   Street | |
| City    State    Zip Code | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗   /s/ Tierra Seay                            ✗ _____

    Signature of Debtor 1                                Signature of Debtor 2

    Date   5/31/2022                                      Date

Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?

     ☑ No

     ☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

     ☑ No

     ☐ Yes. Name of person _____      Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Debtor 1 | Tierra | | Seay | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will the lease be assumed?**

Lessor's name:  Extra Space Storage

☐ No
☑ Yes

Description of leased
property:  Storage Lease

---

Lessor's name:

☐ No
☐ Yes

Description of leased
property:

---

Lessor's name:

☐ No
☐ Yes

Description of leased
property:

---

Lessor's name:

☐ No
☐ Yes

Description of leased
property:

---

Lessor's name:

☐ No
☐ Yes

Description of leased
property:

---

Lessor's name:

☐ No
☐ Yes

Description of leased
property:

---

Lessor's name:

☐ No
☐ Yes

Description of leased
property:

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗  /s/ Tierra Seay
Signature of Debtor 1

✗
Signature of Debtor 2

Date  **5/31/2022**
MM/DD/YYYY

Date
MM/DD/YYYY

| Debtor 1 | Tierra | | Seay | Case number (if known) | |
| | First Name | Middle Name | Last Name | | |

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**✗** /s/ Tierra Seay

Signature of Debtor 1

Date **5/31/2022**
    MM/DD/YYYY

**✗** _____

Signature of Debtor 2

Date _____
    MM/DD/YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.
If you checked line 14b, fill out Form 122A-2 and file it with this form.

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor Chicago IL 60603

## CHAPTER 7 DISCLAIMERS

1. I understand that The Semrad Law Firm, LLC has pulled my credit report, but that credit report does not report every debt I owe. I understand that it is my responsibility to provide all my debts to The Semrad Law Firm, LLC to list in my bankruptcy.

   _TS_ _____   _____

2. I agree that in the preparation of my bankruptcy petition and schedules that I have disclosed to The Semrad Law Firm, LLC all my debts, sources of income, assets, personal property, real property, transfers of real estate or any property over the past 4 years, and all expenses I have.

   _TS_ _____   _____

3. I agree that I will attend my creditors meeting at the time, date, and location that will be mailed to me by the Bankruptcy Court. Failure to attend this meeting is grounds for my case to be dismissed. I understand that at this meeting I will bring my **driver's license or State ID and my original social security card**. I understand that failure to bring said requested documents to the meeting could be grounds for the meeting to not be held.

   _TS_ _____   _____

4. I understand and agree to complete my 2nd credit counseling course (Debtor Education course) within 45 days of my original 341 meeting date, and submit a copy of the certificate to my attorney and confirm receipt of the certificate. I also understand that there will be a separate cost for the 2nd course. I understand that failure to complete this 2nd course and submit it to my attorney can be grounds to have my case close without a discharge. I understand that if my case closes without a discharge, that additional filing fees would have to be paid to re-open my case to file the 2nd Debtor Education certificate.

   _TS_ _____   _____

5. If I have a garnishment coming out of my paycheck, The Semrad Law Firm, LLC will send notice of the bankruptcy to my payroll department and garnishing creditor to stop wage garnishments as long as I provide my payroll department contact information. If I choose to not provide my payroll contact information, I understand and agree that it is my responsibility to contact my payroll and garnishing creditor and provide them with proof of filing. Further, although the Semrad Law Firm, LLC will send notice of the bankruptcy filing to my payroll department and garnishing creditor, it is my responsibility to ensure notice was received.

   _TS_ _____   _____

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor Chicago IL 60603

6.  I understand that I must have filed my federal and state taxes for the past 4 years if I was legally required to, and failure to have done so is grounds to have my case dismissed.

    TS            _____

7.  I understand that the entire firm of The Semrad Law Firm, LLC represents me and that while a different attorney might have counseled me and prepared my case, once it is filed, my case will be assigned to the attorneys and staff of the Chapter 7 department for the remainder of my case.

    TS            _____

8.  I understand and agree that I must fully disclose any and all assets, real property, cash, expected tax refunds, inheritance, or personal property of any kind prior to the filing of my bankruptcy.

    TS            _____

9.  I further understand that any assets including, but not limited to real property, cash, expected tax refunds, future settlements, potential or pending lawsuits, or personal property that has equity that cannot be exempted is subject to liquidation by the Chapter 7 Trustee.

    TS            _____

10. I understand that the following debts will not be discharged in my Chapter 7 (this list shows the most common non-dischargeable debts, but not necessarily all): parking tickets, moving violations, student loans, certain governmental debts including taxes and code violations, and child support.

    TS            _____

11. I understand that if I wish to keep a secured debt, for example, a mortgage(s) or automobile, I must sign a reaffirmation agreement. I understand that even if I am current on the debt, a reaffirmation agreement is offered solely at the discretion of the creditor. I understand that for my creditor(s) to offer me a reaffirmation agreement I must be current on my monthly payment. If I do not have a reaffirmation agreement offered to me by my finance company, that I may not be able to keep my secured debt.

    TS            _____

12. I understand that I will work with my attorney to ensure the reaffirmation agreements are timely received, signed and filed with the Court. I understand the reaffirmation agreement must be filed with the court before the case discharges. Once the reaffirmation agreement is signed, filed with the Court and approved, the debt will be non-dischargeable. I understand that the bankruptcy judge will review my budget when approving or denying the reaffirmation agreement and that it is possible that the judge may determine that the reaffirmation is not in my best interest and deny the reaffirmation.

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor Chicago IL 60603

TS

13. I understand that the scope of representation from The Semrad Law Firm, LLC does not extend to credit repair.

TS

14. I understand that if I have made any recent credit card transactions, cash advances, or incurred loans during the 3 month period prior to my bankruptcy, an adversary lawsuit may be brough against me in bankruptcy court. An adversary is a lawsuit in which a creditor asks the court to make certain debt non-dischargeable. I understand that if I want The Semrad Law Firm, LLC to represent me in an adversary I must pay additional attorney's fees.

TS

15. I have disclosed all prior bankruptcies that I have filed in the last eight (8) years. I further understand that if I have filed a Chapter 7 bankruptcy in the last eight (8) years, I am not eligible to file a Chapter 7 right now.

TS

16. I understand that to be eligible for a Chapter 7 I cannot have any disposable income after paying all my monthly expenses, and I also have to pass the Form 122A Means test, and if I do have a significant amount of disposable income available or fail the Form 122A that I may be ineligible for a Chapter 7. I understand that if I do have any disposable income and we attempt to rebut the presumption, the United States Trustee may deem my case an abuse and I may have to convert to a Chapter 13 or let my case be dismissed.

TS

17. I understand and acknowledge that when I surrender real property through my Chapter 7 bankruptcy that the property is still my responsibility until it is sold at a foreclosure sale. I must keep up the property insurance and maintenance of said property, including, but not limited to, future water bills until the sale date. I understand that, if I neglect to maintain the property and am assessed city code violations, I will be responsible to pay those fines. Further, I must continue to pay homeowners and association fees after the bankruptcy is filed until the property is sold. If I do not pay these fees the Association can sue me for the balance of unpaid fees from the filing of the bankruptcy until the property is sold.

TS

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor Chicago IL 60603

18. I understand that if I have a co-signer on any of my debts, the co-signer will still be responsible for that debt after the case is filed.

    TS

19. I agree that I authorized The Semrad Law Firm, LLC to file my bankruptcy case, after I reviewed my bankruptcy petition and schedules.

    TS

# Exhibit B

 IRS Logo

This Product Contains Sensitive Taxpayer Data

# Tax Return Transcript

| | |
|---|---|
| Request Date: | 06-03-2022 |
| Response Date: | 06-03-2022 |
| Tracking Number: | 102152571650 |

**SSN Provided:**      XXX-XX-9951
**Tax Period Ending:** Dec. 31, 2020

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

| | |
|---|---|
| SSN: | XXX-XX-9951 |
| SPOUSE SSN: | |
| NAME(S) SHOWN ON RETURN: | TIER S SEA |
| ADDRESS: | 14236 |
| | |
| FILING STATUS: | Single |
| FORM NUMBER: | 1040 |
| CYCLE POSTED: | 20210905 |
| RECEIVED DATE: | Apr.15, 2021 |
| REMITTANCE: | $0.00 |
| EXEMPTION NUMBER: | 1 |
| DEPENDENT 1 NAME CTRL: | |
| DEPENDENT 1 SSN: | |
| DEPENDENT 2 NAME CTRL: | |
| DEPENDENT 2 SSN: | |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| PTIN: | |
| PREPARER EIN: | |

## Income

| | |
|---|---|
| WAGES, SALARIES, TIPS, ETC: | $34,821.00 |
| TAXABLE INTEREST INCOME: SCH B: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $25,628.00 |
| QUALIFIED DIVIDENDS: | $23,510.00 |
| REFUNDS OF STATE/LOCAL TAXES: | $0.00 |
| ALIMONY RECEIVED: | $0.00 |
| BUSINESS INCOME OR LOSS (Schedule C): | $1,384.00 |
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $1,384.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| OTHER GAINS OR LOSSES (Form 4797): | $0.00 |

```
TOTAL IRA DISTRIBUTIONS:                                                    $0.00
TAXABLE IRA DISTRIBUTIONS:                                                  $0.00
TOTAL PENSIONS AND ANNUITIES:                                              $0.00
TAXABLE PENSION/ANNUITY AMOUNT:                                            $0.00
ADDITIONAL INCOME:                                                    $1,384.00
ADDITIONAL INCOME PER COMPUTER:                                       $1,384.00
REFUNDABLE CREDITS PER COMPUTER:                                           $0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:                                 $0.00
QUALIFIED BUSINESS INCOME DEDUCTION:                                    $257.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):                             $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:               $0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:                                    $0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:                                    $0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:                              $0.00
FARM INCOME OR LOSS (Schedule F):                                         $0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:                            $0.00
UNEMPLOYMENT COMPENSATION:                                                $0.00
TOTAL SOCIAL SECURITY BENEFITS:                                           $0.00
TAXABLE SOCIAL SECURITY BENEFITS:                                         $0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:                           $0.00
OTHER INCOME:                                                             $0.00
SCHEDULE EIC SE INCOME PER COMPUTER:                                      $0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:                                  $0.00
SCH EIC DISQUALIFIED INC COMPUTER:                                        $0.00
QUALIFIED BUSINESS INCOME DEDUCTION:                                      $0.00
F8995 QUALIFIED BUSINESS INCOME DEDUCTION COMPUTER:                     $257.00
PRIMARY ECONOMIC IMPACT PAYMENT:                                     $1,200.00
SECONDARY ECONOMIC IMPACT PAYMENT:                                       $0.00
SCHOLARSHIP FELLOWSHIP GRANT:                                             $0.00
TOTAL INCOME:                                                       $61,833.00
TOTAL INCOME PER COMPUTER:                                          $61,833.00
```

## Adjustments to Income

```
EDUCATOR EXPENSES:                                                       $0.00
EDUCATOR EXPENSES PER COMPUTER:                                          $0.00
RESERVIST AND OTHER BUSINESS EXPENSE:                                    $0.00
HEALTH SAVINGS ACCT DEDUCTION:                                           $0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:                                $0.00
MOVING EXPENSES: F3903:                                                  $0.00
SELF EMPLOYMENT TAX DEDUCTION:                                          $98.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:                             $98.00
SELF EMPLOYMENT TAX DEDUCTION VERIFIED:                                  $0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:                                        $0.00
SELF-EMP HEALTH INS DEDUCTION:                                           $0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:                                     $0.00
ALIMONY PAID SSN:
ALIMONY PAID:                                                            $0.00
SCHOLARSHIP FELLOWSHIP EXCLUDED:                                         $0.00
IRA DEDUCTION:                                                           $0.00
IRA DEDUCTION PER COMPUTER:                                              $0.00
STUDENT LOAN INTEREST DEDUCTION:                                         $0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:                            $0.00
STUDENT LOAN INTEREST DEDUCTION VERIFIED:                                $0.00
TUITION AND FEES DEDUCTION:                                              $0.00
```

```
TUITION AND FEES DEDUCTION PER COMPUTER:                                    $0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:                                   $0.00
OTHER ADJUSTMENTS:                                                          $0.00
ARCHER MSA DEDUCTION:                                                       $0.00
ARCHER MSA DEDUCTION PER COMPUTER:                                          $0.00
TOTAL ADJUSTMENTS:                                                         $98.00
TOTAL ADJUSTMENTS PER COMPUTER:                                            $98.00
ADJUSTED GROSS INCOME:                                                 $61,735.00
ADJUSTED GROSS INCOME PER COMPUTER:                                    $61,735.00
```

## Tax and Credits

```
65-OR-OVER:                                                                   NO
BLIND:                                                                        NO
SPOUSE 65-OR-OVER:                                                            NO
SPOUSE BLIND:                                                                 NO
STANDARD DEDUCTION PER COMPUTER:                                       $12,400.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                                 $0.00
TAX TABLE INCOME PER COMPUTER:                                         $49,335.00
EXEMPTION AMOUNT PER COMPUTER:                                              $0.00
TAXABLE INCOME:                                                        $49,078.00
TAXABLE INCOME PER COMPUTER:                                           $49,078.00
TOTAL POSITIVE INCOME PER COMPUTER:                                    $61,833.00
TENTATIVE TAX:                                                          $4,234.00
TENTATIVE TAX PER COMPUTER:                                             $4,234.00
FORM 8814 ADDITIONAL TAX AMOUNT:                                            $0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:                             $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:                                         $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:                            $0.00
FOREIGN TAX CREDIT:                                                        $0.00
FOREIGN TAX CREDIT PER COMPUTER:                                           $0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:                                     $0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:                                 $0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT AMOUNT:                        $0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT VERIFIED AMOUNT:               $0.00
CHILD & DEPENDENT CARE CREDIT:                                             $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                                $0.00
CREDIT FOR ELDERLY AND DISABLED:                                          $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:                             $0.00
EDUCATION CREDIT:                                                         $0.00
EDUCATION CREDIT PER COMPUTER:                                            $0.00
GROSS EDUCATION CREDIT PER COMPUTER:                                      $0.00
RETIREMENT SAVINGS CNTRB CREDIT:                                          $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:                             $0.00
PRIM RET SAV CNTRB: F8880 LN6A:                                           $0.00
SEC RET SAV CNTRB: F8880 LN6B:                                            $0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:                       $0.00
RESIDENTIAL ENERGY CREDIT:                                                $0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:                                   $0.00
CHILD AND OTHER DEPENDENT CREDIT:                                         $0.00
CHILD AND OTHER DEPENDENT CREDIT PER COMPUTER:                            $0.00
ADOPTION CREDIT: F8839:                                                   $0.00
ADOPTION CREDIT PER COMPUTER:                                             $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:                                    $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:                       $0.00
```

```
F3800, F8801 AND OTHER CREDIT AMOUNT:                                    $0.00
FORM 3800 GENERAL BUSINESS CREDITS:                                      $0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:                         $0.00
PRIOR YR MIN TAX CREDIT: F8801:                                          $0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:                             $0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:                              $0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT PER COMPUTER:                        $0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:                           $0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT PER COMPUTER:                     $0.00
SICK FAMILY LEAVE CREDIT:                                                $0.00
NON ITEMIZED CHARITABLE CONTRIBUTION DEDUCTION:                          $0.00
RECOVERY REBATE CREDIT:                                                  $0.00
RECOVERY REBATE CREDIT PER COMPUTER:                                     $0.00
RECOVERY REBATE CREDIT VERIFIED:                                         $0.00
OTHER CREDITS:                                                           $0.00
TOTAL CREDITS:                                                           $0.00
TOTAL CREDITS PER COMPUTER:                                              $0.00
INCOME TAX AFTER CREDITS PER COMPUTER:                               $4,234.00
```

## Other Taxes

```
SE TAX:                                                               $195.00
SE TAX PER COMPUTER:                                                   $195.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:                     $0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:        $0.00
TAX ON QUALIFIED PLANS F5329 (PR):                                      $0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:                              $0.00
IRAF TAX PER COMPUTER:                                                  $0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:                      $4,429.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:                       $4,429.00
TOTAL OTHER TAXES PER COMPUTER:                                       $195.00
UNPAID FICA ON REPORTED TIPS:                                          $0.00
F8959-8960 OTHER TAXES:                                                $0.00
TOTAL OTHER TAXES:                                                   $195.00
RECAPTURE TAX: F8611:                                                  $0.00
HOUSEHOLD EMPLOYMENT TAXES:                                            $0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:                               $0.00
IRC 453 TAX:                                                           $0.00
HEALTH CARE RESPONSIBILITY PENALTY:                                    $0.00
HEALTH CARE RESPONSIBILITY PENALTY VERIFIED:                           $0.00
HEALTH COVERAGE RECAPTURE: F8885:                                      $0.00
DEFERRED TAX SCH H SE:                                                 $0.00
MAX DEFERRED TAX PER COMPUTER:                                         $0.00
RECAPTURE TAXES:                                                       $0.00
TOTAL ASSESSMENT PER COMPUTER:                                     $4,429.00
TOTAL TAX LIABILITY TP FIGURES:                                    $4,429.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                       $4,429.00
```

## Payments

```
FEDERAL INCOME TAX WITHHELD:                                       $14,270.00
HEALTH CARE: INDIVIDUAL RESPONSIBILITY:                                 $0.00
HEALTH CARE FULL-YEAR COVERAGE INDICATOR:                                   0
ESTIMATED TAX PAYMENTS:                                                 $0.00
OTHER PAYMENT CREDIT:                                                   $0.00
REFUNDABLE EDUCATION CREDIT:                                            $0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:                               $0.00
```

| | |
|---|---|
| REFUNDABLE EDUCATION CREDIT VERIFIED: | $0.00 |
| REFUNDABLE CREDITS: | $0.00 |
| EARNED INCOME CREDIT: | $0.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $0.00 |
| EARNED INCOME CREDIT NONTAXABLE COMBAT PAY: | $0.00 |
| SCHEDULE 8812 NONTAXABLE COMBAT PAY: | $0.00 |
| EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD: | $0.00 |
| SCHEDULE 8812 TOT SS/MEDICARE WITHHELD: | $0.00 |
| SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT: | $0.00 |
| SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER: | $0.00 |
| SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED: | $0.00 |
| AMOUNT PAID WITH FORM 4868: | $0.00 |
| FORM 2439 REGULATED INVESTMENT COMPANY CREDIT: | $0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS: | $0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER: | $0.00 |
| HEALTH COVERAGE TX CR: F8885: | $0.00 |
| SEC 965 TAX INSTALLMENT: | $0.00 |
| SEC 965 TAX LIABILITY: | $0.00 |
| PREMIUM TAX CREDIT AMOUNT: | $0.00 |
| PREMIUM TAX CREDIT VERIFIED AMOUNT: | $0.00 |
| PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT: | $0.00 |
| SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT: | $0.00 |
| FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT: | $0.00 |
| FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER: | $0.00 |
| SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER: | $0.00 |
| SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2): | $0.00 |
| FORM 2439 AND OTHER CREDITS: | $0.00 |
| TOTAL PAYMENTS: | $14,270.00 |
| TOTAL PAYMENTS PER COMPUTER: | $14,270.00 |

## Refund or Amount Owed

| | |
|---|---|
| REFUND AMOUNT: | $-9,841.00 |
| APPLIED TO NEXT YEAR'S ESTIMATED TAX: | $0.00 |
| ESTIMATED TAX PENALTY: | $0.00 |
| TAX ON INCOME LESS STATE REFUND PER COMPUTER: | $0.00 |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER: | $-9,841.00 |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES: | $-9,841.00 |
| FORM 8888 TOTAL REFUND PER COMPUTER: | $0.00 |

## Third Party Designee

| | |
|---|---|
| THIRD PARTY DESIGNEE ID NUMBER: | |
| AUTHORIZATION INDICATOR: | 0 |
| THIRD PARTY DESIGNEE NAME: | |

## Interest and Dividends

| | |
|---|---|
| GROSS SCHEDULE B INTEREST: | $0.00 |
| TAXABLE INTEREST INCOME: | $0.00 |
| EXCLUDABLE SAVINGS FROM BOND INT: | $0.00 |
| GROSS SCHEDULE B DIVIDENDS: | $25,628.00 |
| DIVIDEND INCOME: | $25,628.00 |
| FOREIGN ACCOUNTS IND: | No |
| REQUIRED TO FILE FINCEN FORM 114: | None |

## Schedule C--Profit or Loss From Business

| | |
|---|---|
| SOCIAL SECURITY NUMBER: | XXX-XX-9951 |

```
EMPLOYER ID NUMBER:
BUSINESS NAME:                                                      TIER SEA
DESCRIPTION OF BUSINESS/PROFESSION:
NAICS CODE:                                                          621610
ACCT MTHD:                                                             Cash
FIRST TIME SCHEDULE C FILED:                                             N
STATUTORY EMPLOYEE IND:                                                  N
```

**INCOME**

```
GROSS RECEIPTS OR SALES:                                          $1,384.00
RETURNS AND ALLOWANCES:                                              $0.00
NET GROSS RECEIPTS:                                              $1,384.00
COST OF GOODS SOLD:                                                  $0.00
SCHEDULE C FORM 1099 REQUIRED:                                         NO
SCHEDULE C FORM 1099 FILED:                                          NONE
OTHER INCOME:                                                       $0.00
```

**EXPENSES**

```
CAR AND TRUCK EXPENSES:                                             $0.00
DEPRECIATION:                                                       $0.00
INSURANCE (OTHER THAN HEALTH):                                      $0.00
MORTGAGE INTEREST:                                                  $0.00
LEGAL AND PROFESSIONAL SERVICES:                                    $0.00
REPAIRS AND MAINTENANCE:                                            $0.00
TRAVEL:                                                             $0.00
MEALS AND ENTERTAINMENT:                                            $0.00
WAGES:                                                              $0.00
OTHER EXPENSES:                                                     $0.00
TOTAL EXPENSES:                                                     $0.00
EXP FOR BUSINESS USE OF HOME:                                       $0.00
SCH C NET PROFIT OR LOSS PER COMPUTER:                          $1,384.00
AT RISK CD:
OFFICE EXPENSE AMOUNT:                                              $0.00
UTILITIES EXPENSE AMOUNT:                                           $0.00
```

**COST OF GOODS SOLD**

```
INVENTORY AT BEGINNING OF YEAR:                                    $0.00
INVENTORY AT END OF YEAR:                                          $0.00
```

## Schedule D--Capital Gains and Losses

**SHORT TERM CAPITAL GAINS AND LOSSES**

```
SHORT TERM BASIS NO ADJUSTMENTS SALE AMOUNT:                       $0.00
SHORT TERM BASIS NO ADJUSTMENTS COST AMOUNT:                       $0.00
SHORT TERM BASIS SALE AMOUNT:                                      $0.00
SHORT TERM BASIS COST AMOUNT:                                      $0.00
SHORT TERM BASIS ADJUSTMENTS:                                      $0.00
SHORT TERM NO BASIS SALE AMOUNT:                                   $0.00
SHORT TERM NO BASIS COST AMOUNT:                                   $0.00
SHORT TERM NO BASIS ADJUSTMENTS:                                   $0.00
SHORT TERM NO 1099B SALE AMOUNT:                                   $0.00
SHORT TERM NO 1099B COST AMOUNT:                                   $0.00
SHORT TERM NO 1099B ADJUSTMENTS:                                   $0.00
SHORT TERM SCHEDULE K-1 AMOUNT:                                    $0.00
NET SHORT-TERM GAIN/LOSS:                                          $0.00
F8949 Y QUALIFIED OPPORTUNITY FUNDS SHORT TERM INVESTMENTS:            0
F8949 Y QUALIFIED OPPORTUNITY FUNDS SHORT TERM EIN:
```

```
F8949 Y QUALIFIED OPPORTUNITY FUNDS SHORT TERM SOLD DATE:                   00000000
F8949 Y QUALIFIED OPPORTUNITY FUNDS SHORT TERM DEFERRED:                        $0.00
F8949 Z QUALIFIED OPPORTUNITY FUNDS SHORT TERM ADJUSTMENTS:                     $0.00
F8949 Z QUALIFIED OPPORTUNITY FUNDS SHORT TERM INVESTMENTS:                         0
F8949 Z QUALIFIED OPPORTUNITY FUNDS SHORT TERM EIN:
F8949 Z QUALIFIED OPPORTUNITY FUNDS SHORT TERM ACQUIRED DATE:                00000000
```

**LONG TERM CAPITAL GAINS AND LOSSES**

```
LONG TERM BASIS NO ADJUSTMENTS SALE AMOUNT:                                     $0.00
LONG TERM BASIS NO ADJUSTMENTS COST AMOUNT:                                     $0.00
LONG TERM BASIS SALE AMOUNT:                                                    $0.00
LONG TERM BASIS COST AMOUNT:                                                    $0.00
LONG TERM BASIS ADJUSTMENTS:                                                    $0.00
LONG TERM NO BASIS SALE AMOUNT:                                                 $0.00
LONG TERM NO BASIS COST AMOUNT:                                                 $0.00
LONG TERM NO BASIS ADJUSTMENTS:                                                 $0.00
LONG TERM NO 1099B SALE AMOUNT:                                                 $0.00
LONG TERM NO 1099B COST AMOUNT:                                                 $0.00
LONG TERM NO 1099B ADJUSTMENTS:                                                 $0.00
LONG TERM SCHEDULE K-1 AMOUNT:                                                  $0.00
CAPITAL GAIN DISTRIBUTIONS (PR):                                               $0.00
NET LONG-TERM GAIN/LOSS:                                                        $0.00
F8949 Y QUALIFIED OPPORTUNITY FUNDS LONG TERM INVESTMENTS:                          0
F8949 Y QUALIFIED OPPORTUNITY FUNDS LONG TERM EIN:
F8949 Y QUALIFIED OPPORTUNITY FUNDS LONG TERM SOLD DATE:                     00000000
F8949 Y QUALIFIED OPPORTUNITY FUNDS LONG TERM DEFERRED:                         $0.00
QUALIFIED OPPORTUNITY FUNDS DISPOSAL:                                               0
F8949 Z QUALIFIED OPPORTUNITY FUNDS LONG TERM INVESTMENTS:                          0
F8949 Z QUALIFIED OPPORTUNITY FUNDS LONG TERM EIN:
F8949 Z QUALIFIED OPPORTUNITY FUNDS LONG TERM ACQUIRED DATE:                 00000000
F8949 Z QUALIFIED OPPORTUNITY FUNDS LONG TERM ADJUSTMENTS:                      $0.00
```

**TAX COMPUTATION USING MAXIMUM CAPITAL GAINS RATES**

```
28% RATE GAIN:                                                                  $0.00
UNRECAPTURED SECT: 1250 GAIN:                                                   $0.00
SCH D 15% TAX CMPTR:                                                        $1,361.70
CAPITAL GAINS LESS INVEST INCOME PER COMPUTER:                                  $0.00
CAP GAINS PER COMPUTER:                                                    $23,510.00
CAP GAINS TAX PER COMPUTER:                                                 $2,872.00
CAP GAINS PER COMPUTER:                                                    $14,432.00
CAP GAINS TAX AMT PER COMPUTER (5):                                             $0.00
CAP GAINS TAX AMT PER COMPUTER (6):                                             $0.00
SCHEDULE D TAX PER COMPUTER:                                                $4,233.70
```

## Schedule SE--Self-Employment Tax

```
SSN OF SELF-EMPLOYED TAXPAYER:                                            XXX-XX-9951
NET FARM PROFIT/LOSS: SCH F:                                                    $0.00
CONSERVATION RESERVE PROGRAM PAYMENTS:                                          $0.00
NET NONFARM PROFIT/LOSS:                                                    $1,384.00
TOTAL SE INCOME:                                                            $1,384.00
SE QUARTERS COVERED:                                                                4
TOTAL SE TAX PER COMPUTER:                                                    $195.53
SE INCOME COMPUTER VERIFIED:                                                    $0.00
SE INCOME PER COMPUTER:                                                     $1,278.00
TOTAL NET EARNINGS PER COMPUTER:                                            $1,278.00
```

**LONG FORM ONLY**

| | |
|---|---:|
| TENTATIVE CHURCH EARNINGS: | $0.00 |
| TOTAL SOC SEC & RR WAGES: | $34,981.00 |
| SE SS TAX COMPUTER: | $158.47 |
| SE MEDICARE INCOME PER COMPUTER: | $1,278.00 |
| SE MEDICARE TAX PER COMPUTER: | $37.06 |
| SE MAX DEFERRED: | $0.00 |
| SE FARM OPTION METHOD USED: | 0 |
| SE OPTIONAL METHOD INCOME: | $0.00 |

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**

| | |
|---|---:|
| GROSS EDUCATION CR PER COMPUTER: | $0.00 |
| TOTAL EDUCATION CREDIT AMOUNT: | $0.00 |
| TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: | $0.00 |

## Form 8995-A,8995 Qualified Business Income Deduction

| | |
|---|---:|
| QUALIFED BUSINESS INCOME COMPONENT: | $257.00 |
| REIT AND PTP COMPONENT: | $0.00 |
| F8995 NET CAPITAL GAINS: | $23,510.00 |
| F8995 DOMESTIC PRODUCTION DEDUCTION: | $0.00 |
| QUALIFED BUSINESS NET LOSS CARRYFORWARD: | $0.00 |
| QUALIFIED REIT DIV AND PTP LOSS CARRYFORWARD: | $0.00 |
| TOTAL QUALIFIED BUSINESS LOSS CARRYFORWARD: | $0.00 |
| TOTAL REIT DIV LOSS CARRYFORWARD: | $0.00 |

This Product Contains Sensitive Taxpayer Data

 IRS Logo

This Product Contains Sensitive Taxpayer Data

# Tax Return Transcript

|  |  |
|---|---|
| Request Date: | 06-03-2022 |
| Response Date: | 06-03-2022 |
| Tracking Number: | 102152571650 |

**SSN Provided:**   XXX-XX-9951
**Tax Period Ending:** Dec. 31, 2021

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

| | |
|---|---|
| **SSN:** | XXX-XX-9951 |
| **SPOUSE SSN:** | |
| NAME(S) SHOWN ON RETURN: | TIER S SEA |
| ADDRESS: | 14236 |
| FILING STATUS: | Single |
| FORM NUMBER: | 1040 |
| CYCLE POSTED: | 20220603 |
| RECEIVED DATE: | Apr.15, 2022 |
| REMITTANCE: | $0.00 |
| EXEMPTION NUMBER: | 1 |
| DEPENDENT 1 NAME CTRL: | |
| DEPENDENT 1 SSN: | |
| DEPENDENT 2 NAME CTRL: | |
| DEPENDENT 2 SSN: | |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| PTIN: | |
| PREPARER EIN: | |

## Income

| | |
|---|---|
| WAGES, SALARIES, TIPS, ETC: | $44,017.00 |
| TAXABLE INTEREST INCOME: SCH B: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $25,970.00 |
| QUALIFIED DIVIDENDS: | $25,970.00 |
| REFUNDS OF STATE/LOCAL TAXES: | $0.00 |
| ALIMONY RECEIVED: | $0.00 |
| BUSINESS INCOME OR LOSS (Schedule C): | $0.00 |
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $0.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| OTHER GAINS OR LOSSES (Form 4797): | $0.00 |

```
TOTAL IRA DISTRIBUTIONS:                                             $0.00
TAXABLE IRA DISTRIBUTIONS:                                           $0.00
TOTAL PENSIONS AND ANNUITIES:                                       $0.00
TAXABLE PENSION/ANNUITY AMOUNT:                                      $0.00
ADDITIONAL INCOME:                                                  $0.00
ADDITIONAL INCOME PER COMPUTER:                                     $0.00
REFUNDABLE CREDITS PER COMPUTER:                                    $0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:                          $0.00
QUALIFIED BUSINESS INCOME DEDUCTION:                                $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):                       $0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:          $0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:                              $0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:                              $0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:                        $0.00
FARM INCOME OR LOSS (Schedule F):                                   $0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:                      $0.00
UNEMPLOYMENT COMPENSATION:                                          $0.00
TOTAL SOCIAL SECURITY BENEFITS:                                     $0.00
TAXABLE SOCIAL SECURITY BENEFITS:                                   $0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:                      $0.00
OTHER INCOME:                                                       $0.00
SCHEDULE EIC SE INCOME PER COMPUTER:                                $0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:                            $0.00
SCH EIC DISQUALIFIED INC COMPUTER:                                  $0.00
EXCESS ADV CHILD TAX CREDIT PER COMPUTER:                           $0.00
PRIMARY ECONOMIC IMPACT PAYMENT 2:                                  $0.00
SECONDARY ECONOMIC IMPACT PAYMENT 2:                                $0.00
PRIMARY ADVANCED CTC PAYMENTS:                                      $0.00
SECONDARY ADVANCED CTC PAYMENTS:                                    $0.00
ADDITIONAL CTC EARNED INCOME:                                       $0.00
EIC PRIOR YEAR EARNED INCOME:                                       $0.00
CTC PRIOR YEAR EARNED INCOME:                                       $0.00
QUALIFIED BUSINESS INCOME DEDUCTION:                                $0.00
F8995 QUALIFIED BUSINESS INCOME DEDUCTION COMPUTER:                 $0.00
PRIMARY ECONOMIC IMPACT PAYMENT:                                $1,400.00
SECONDARY ECONOMIC IMPACT PAYMENT:                                  $0.00
SCHOLARSHIP FELLOWSHIP GRANT:                                       $0.00
TOTAL INCOME:                                                  $69,987.00
TOTAL INCOME PER COMPUTER:                                     $69,987.00
```

## Adjustments to Income

```
EDUCATOR EXPENSES:                                                  $0.00
EDUCATOR EXPENSES PER COMPUTER:                                     $0.00
RESERVIST AND OTHER BUSINESS EXPENSE:                               $0.00
HEALTH SAVINGS ACCT DEDUCTION:                                      $0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:                           $0.00
MOVING EXPENSES: F3903:                                             $0.00
SELF EMPLOYMENT TAX DEDUCTION:                                      $0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:                         $0.00
SELF EMPLOYMENT TAX DEDUCTION VERIFIED:                             $0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:                                   $0.00
SELF-EMP HEALTH INS DEDUCTION:                                      $0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:                                $0.00
ALIMONY PAID SSN:
```

```
ALIMONY PAID:                                                          $0.00
SCHOLARSHIP FELLOWSHIP EXCLUDED:                                       $0.00
IRA DEDUCTION:                                                         $0.00
IRA DEDUCTION PER COMPUTER:                                            $0.00
STUDENT LOAN INTEREST DEDUCTION:                                       $0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:                          $0.00
STUDENT LOAN INTEREST DEDUCTION VERIFIED:                              $0.00
TUITION AND FEES DEDUCTION:                                            $0.00
TUITION AND FEES DEDUCTION PER COMPUTER:                               $0.00
OTHER ADJUSTMENTS:                                                     $0.00
ARCHER MSA DEDUCTION:                                                  $0.00
ARCHER MSA DEDUCTION PER COMPUTER:                                     $0.00
TOTAL ADJUSTMENTS:                                                     $0.00
TOTAL ADJUSTMENTS PER COMPUTER:                                        $0.00
ADJUSTED GROSS INCOME:                                            $69,987.00
ADJUSTED GROSS INCOME PER COMPUTER:                               $69,987.00
```

## Tax and Credits

```
65-OR-OVER:                                                              NO
BLIND:                                                                   NO
SPOUSE 65-OR-OVER:                                                       NO
SPOUSE BLIND:                                                            NO
STANDARD DEDUCTION PER COMPUTER:                                  $12,550.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                            $0.00
TAX TABLE INCOME PER COMPUTER:                                    $57,437.00
EXEMPTION AMOUNT PER COMPUTER:                                         $0.00
TAXABLE INCOME:                                                   $57,437.00
TAXABLE INCOME PER COMPUTER:                                      $57,437.00
TOTAL POSITIVE INCOME PER COMPUTER:                               $69,987.00
TENTATIVE TAX:                                                     $6,134.00
TENTATIVE TAX PER COMPUTER:                                        $6,134.00
FORM 8814 ADDITIONAL TAX AMOUNT:                                       $0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:                       $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:                                    $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:                       $0.00
FOREIGN TAX CREDIT:                                                   $0.00
FOREIGN TAX CREDIT PER COMPUTER:                                      $0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:                                $0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:                            $0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT AMOUNT:                   $0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT VERIFIED AMOUNT:          $0.00
CHILD & DEPENDENT CARE CREDIT:                                        $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                           $0.00
CREDIT FOR ELDERLY AND DISABLED:                                      $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:                         $0.00
EDUCATION CREDIT:                                                     $0.00
EDUCATION CREDIT PER COMPUTER:                                        $0.00
GROSS EDUCATION CREDIT PER COMPUTER:                                  $0.00
RETIREMENT SAVINGS CNTRB CREDIT:                                      $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:                         $0.00
PRIM RET SAV CNTRB: F8880 LN6A:                                       $0.00
SEC RET SAV CNTRB: F8880 LN6B:                                        $0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:                   $0.00
RESIDENTIAL ENERGY CREDIT:                                            $0.00
```

| | |
|---|---|
| RESIDENTIAL ENERGY CREDIT PER COMPUTER: | $0.00 |
| CHILD AND OTHER DEPENDENT CREDIT: | $0.00 |
| CHILD AND OTHER DEPENDENT CREDIT PER COMPUTER: | $0.00 |
| ADOPTION CREDIT: F8839: | $0.00 |
| ADOPTION CREDIT PER COMPUTER: | $0.00 |
| FORM 8396 MORTGAGE CERTIFICATE CREDIT: | $0.00 |
| FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER: | $0.00 |
| TOTAL OTHER NON REFUNDABLE CREDIT: | $0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS: | $0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER: | $0.00 |
| PRIOR YR MIN TAX CREDIT: F8801: | $0.00 |
| PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER: | $0.00 |
| F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT: | $0.00 |
| F8936 ELECTRIC MOTOR VEHICLE CREDIT PER COMPUTER: | $0.00 |
| F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT: | $0.00 |
| F8910 ALTERNATIVE MOTOR VEHICLE CREDIT PER COMPUTER: | $0.00 |
| SICK FAMILY LEAVE CREDIT: | $0.00 |
| NON ITEMIZED CHARITABLE CONTRIBUTION DEDUCTION: | $0.00 |
| NON ITEMIZED CHARITABLE CONTRIBUTION PER COMPUTER: | $0.00 |
| REFUNDABLE CHILD CARE CREDIT: | $0.00 |
| SICK FAMILY LEAVE CREDIT AFTER 3-31-21: | $0.00 |
| REFUNDABLE CHILD CARE CREDIT VERIFIED: | $0.00 |
| RECOVERY REBATE CREDIT: | $0.00 |
| RECOVERY REBATE CREDIT PER COMPUTER: | $0.00 |
| RECOVERY REBATE CREDIT VERIFIED: | $0.00 |
| OTHER CREDITS: | $0.00 |
| TOTAL CREDITS: | $0.00 |
| TOTAL CREDITS PER COMPUTER: | $0.00 |
| INCOME TAX AFTER CREDITS PER COMPUTER: | $6,134.00 |

## Other Taxes

| | |
|---|---|
| SE TAX: | $0.00 |
| SE TAX PER COMPUTER: | $0.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS: | $0.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER: | $0.00 |
| TAX ON QUALIFIED PLANS F5329 (PR): | $0.00 |
| TAX ON QUALIFIED PLANS F5329 PER COMPUTER: | $0.00 |
| IRAF TAX PER COMPUTER: | $0.00 |
| TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER: | $6,134.00 |
| IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER: | $6,134.00 |
| TOTAL OTHER TAXES PER COMPUTER: | $0.00 |
| UNPAID FICA ON REPORTED TIPS: | $0.00 |
| INTEREST ON DEFERRED TAX: | $0.00 |
| TOTAL OTHER TAXES: | $0.00 |
| RECAPTURE TAX: F8611: | $0.00 |
| HOUSEHOLD EMPLOYMENT TAXES: | $0.00 |
| HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER: | $0.00 |
| INTEREST DUE ON INSTALLMENT: | $0.00 |
| SCH 8812 ADDITIONAL TAX COMPUTER: | $0.00 |
| REFUNDABLE CHILD CARE COMPUTER: | $0.00 |
| HEALTH COVERAGE RECAPTURE: F8885: | $0.00 |
| DEFERRED TAX SCH H SE: | $0.00 |
| MAX DEFERRED TAX PER COMPUTER: | $0.00 |
| TOTAL ADDITIONAL TAXES: | $0.00 |

```
TOTAL ASSESSMENT PER COMPUTER:                                   $6,134.00
TOTAL TAX LIABILITY TP FIGURES:                                  $6,134.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                     $6,134.00
```

## Payments

```
FEDERAL INCOME TAX WITHHELD:                                    $15,769.00
SCH 8812 ADDITIONAL TAX:                                             $0.00
ESTIMATED TAX PAYMENTS:                                              $0.00
OTHER PAYMENT CREDIT:                                                $0.00
REFUNDABLE EDUCATION CREDIT:                                         $0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:                           $0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:                               $0.00
REFUNDABLE CREDITS:                                                  $0.00
EARNED INCOME CREDIT:                                                $0.00
EARNED INCOME CREDIT PER COMPUTER:                                  $0.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:                         $0.00
SCHEDULE 8812 NONTAXABLE COMBAT PAY:                                $0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:                        $0.00
SCHEDULE 8812 TOT SS/MEDICARE WITHHELD:                            $0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT:                         $0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:            $0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:               $0.00
AMOUNT PAID WITH FORM 4868:                                        $0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:                     $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:                         $0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:           $0.00
HEALTH COVERAGE TX CR: F8885:                                      $0.00
SEC 965 TAX INSTALLMENT:                                            $0.00
SEC 965 TAX LIABILITY:                                              $0.00
PREMIUM TAX CREDIT AMOUNT:                                          $0.00
PREMIUM TAX CREDIT VERIFIED AMOUNT:                                $0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:                $0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:              $0.00
FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT:                     $0.00
FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER:         $0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER:                     $0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2):                 $0.00
TOTAL OTHER PAYMENTS REFUNDABLE:                                   $0.00
TOTAL PAYMENTS:                                                $15,769.00
TOTAL PAYMENTS PER COMPUTER:                                   $15,769.00
```

## Refund or Amount Owed

```
REFUND AMOUNT:                                                $-9,635.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                             $0.00
ESTIMATED TAX PENALTY:                                            $0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:                    $0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                  $-9,635.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                     $-9,635.00
FORM 8888 TOTAL REFUND PER COMPUTER:                             $0.00
```

## Third Party Designee

```
THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:                                              0
THIRD PARTY DESIGNEE NAME:
```

## Interest and Dividends

| | |
|---|---:|
| GROSS SCHEDULE B INTEREST: | $0.00 |
| TAXABLE INTEREST INCOME: | $0.00 |
| EXCLUDABLE SAVINGS FROM BOND INT: | $0.00 |
| GROSS SCHEDULE B DIVIDENDS: | $25,970.00 |
| DIVIDEND INCOME: | $25,970.00 |
| FOREIGN ACCOUNTS IND: | No |
| REQUIRED TO FILE FINCEN FORM 114: | None |

## Schedule D--Capital Gains and Losses

### SHORT TERM CAPITAL GAINS AND LOSSES

| | |
|---|---:|
| SHORT TERM BASIS NO ADJUSTMENTS SALE AMOUNT: | $0.00 |
| SHORT TERM BASIS NO ADJUSTMENTS COST AMOUNT: | $0.00 |
| SHORT TERM BASIS SALE AMOUNT: | $0.00 |
| SHORT TERM BASIS COST AMOUNT: | $0.00 |
| SHORT TERM BASIS ADJUSTMENTS: | $0.00 |
| SHORT TERM NO BASIS SALE AMOUNT: | $0.00 |
| SHORT TERM NO BASIS COST AMOUNT: | $0.00 |
| SHORT TERM NO BASIS ADJUSTMENTS: | $0.00 |
| SHORT TERM NO 1099B SALE AMOUNT: | $0.00 |
| SHORT TERM NO 1099B COST AMOUNT: | $0.00 |
| SHORT TERM NO 1099B ADJUSTMENTS: | $0.00 |
| SHORT TERM SCHEDULE K-1 AMOUNT: | $0.00 |
| NET SHORT-TERM GAIN/LOSS: | $0.00 |
| F8949 Y QUALIFIED OPPORTUNITY FUNDS SHORT TERM INVESTMENTS: | 0 |
| F8949 Y QUALIFIED OPPORTUNITY FUNDS SHORT TERM EIN: | |
| F8949 Y QUALIFIED OPPORTUNITY FUNDS SHORT TERM SOLD DATE: | 00000000 |
| F8949 Y QUALIFIED OPPORTUNITY FUNDS SHORT TERM DEFERRED: | $0.00 |
| F8949 Z QUALIFIED OPPORTUNITY FUNDS SHORT TERM ADJUSTMENTS: | $0.00 |
| F8949 Z QUALIFIED OPPORTUNITY FUNDS SHORT TERM INVESTMENTS: | 0 |
| F8949 Z QUALIFIED OPPORTUNITY FUNDS SHORT TERM EIN: | |
| F8949 Z QUALIFIED OPPORTUNITY FUNDS SHORT TERM ACQUIRED DATE: | 00000000 |

### LONG TERM CAPITAL GAINS AND LOSSES

| | |
|---|---:|
| LONG TERM BASIS NO ADJUSTMENTS SALE AMOUNT: | $0.00 |
| LONG TERM BASIS NO ADJUSTMENTS COST AMOUNT: | $0.00 |
| LONG TERM BASIS SALE AMOUNT: | $0.00 |
| LONG TERM BASIS COST AMOUNT: | $0.00 |
| LONG TERM BASIS ADJUSTMENTS: | $0.00 |
| LONG TERM NO BASIS SALE AMOUNT: | $0.00 |
| LONG TERM NO BASIS COST AMOUNT: | $0.00 |
| LONG TERM NO BASIS ADJUSTMENTS: | $0.00 |
| LONG TERM NO 1099B SALE AMOUNT: | $0.00 |
| LONG TERM NO 1099B COST AMOUNT: | $0.00 |
| LONG TERM NO 1099B ADJUSTMENTS: | $0.00 |
| LONG TERM SCHEDULE K-1 AMOUNT: | $0.00 |
| CAPITAL GAIN DISTRIBUTIONS (PR): | $0.00 |
| NET LONG-TERM GAIN/LOSS: | $0.00 |
| F8949 Y QUALIFIED OPPORTUNITY FUNDS LONG TERM INVESTMENTS: | 0 |
| F8949 Y QUALIFIED OPPORTUNITY FUNDS LONG TERM EIN: | |
| F8949 Y QUALIFIED OPPORTUNITY FUNDS LONG TERM SOLD DATE: | 00000000 |
| F8949 Y QUALIFIED OPPORTUNITY FUNDS LONG TERM DEFERRED: | $0.00 |
| QUALIFIED OPPORTUNITY FUNDS DISPOSAL: | 0 |
| F8949 Z QUALIFIED OPPORTUNITY FUNDS LONG TERM INVESTMENTS: | 0 |

F8949 Z QUALIFIED OPPORTUNITY FUNDS LONG TERM EIN:
F8949 Z QUALIFIED OPPORTUNITY FUNDS LONG TERM ACQUIRED DATE: 00000000
F8949 Z QUALIFIED OPPORTUNITY FUNDS LONG TERM ADJUSTMENTS: $0.00

**TAX COMPUTATION USING MAXIMUM CAPITAL GAINS RATES**

28% RATE GAIN: $0.00
UNRECAPTURED SECT: 1250 GAIN: $0.00
SCH D 15% TAX CMPTR: $2,555.55
CAPITAL GAINS LESS INVEST INCOME PER COMPUTER: $0.00
CAP GAINS PER COMPUTER: $25,970.00
CAP GAINS TAX PER COMPUTER: $3,578.00
CAP GAINS PER COMPUTER: $8,933.00
CAP GAINS TAX AMT PER COMPUTER (5): $0.00
CAP GAINS TAX AMT PER COMPUTER (6): $0.00
SCHEDULE D TAX PER COMPUTER: $6,133.55

# Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**

GROSS EDUCATION CR PER COMPUTER: $0.00
TOTAL EDUCATION CREDIT AMOUNT: $0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: $0.00

This Product Contains Sensitive Taxpayer Data

# Exhibit C

{00101048}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                              )          BK No.:   22-06303
Tierra Seay                         )
                                    )
                                    )          Chapter: 7
                                    )
                                    )          Honorable Donald R. Cassling
                                    )
           Debtor(s)                )

## ORDER AUTHORIZING RULE 2004 EXAMINATION

This matter having come before the Court on the motion of Ariane Holtschlag, not individually but solely as the chapter 7 trustee (the "Trustee") for authority to conduct a Rule 2004 examination of the Debtor, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

  1. The Trustee is authorized to take the examination of the Debtor pursuant to Fed. R. Bankr. P. 2004; and

  2. The Debtor shall deliver the following documents to the Trustee at the address listed below on or before September 20, 2022:
  a. The name, address, phone number, and email address of the tax preparer who prepared the Debtor's 2020 and 2021 tax returns; and
  b. Copies of the Debtor's 2020 and 2021 tax returns together with all schedules and supporting documentation; and
  c. Statements of Account for all investment or brokerage accounts in which the Debtor had an interest for the period of January 1, 2020 through the present; and
  d. Identification of all bonds, mutual funds, publicly traded stocks, non-publicly traded stocks, and incorporated and unincorporated businesses in which the Debtor had an interest during the period of January 1, 2022 through the present; and
  e. Identification of all bond funds, investment accounts with brokerage firms, or money market accounts in which the Debtor had an interest during the period of January 1, 2022 through the present; and
  f. Identification of any property in which the Debtor had an interest that was sold, traded, or otherwise transferred during the period of January 1, 2020 through the present.

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling

Dated:  September 06, 2022                        United States Bankruptcy Judge

**Prepared by:**

Ariane Holtschlag (6294327)

FACTORLAW

105 W. Madison, Suite 1500

Chicago, IL 60602

Tel: (312) 878-4830

Fax: (847) 574-8233

Email: aholtschlag@wfactorlaw.com

Tel:  (312) 878-4830

Fax: (847) 574-8233

Email: aholtschlag@wfactorlaw.com